STATE OF MISSOURI, Respondent, v. CALVIN BRANCH, Appellant.

**St. Louis Court of Appeals, March 22, 1910.**

CRIMES AND PUNISHMENTS: Appellate Practice: No Bill of Exceptions. Where no bill of exceptions is filed, and no error appears in the record proper, the judgment will be affirmed.

Appeal from St. Louis Court of Criminal Correction. —*Hon Wilson A. Taylor,* Judge.

AFFIRMED.

*Willis H. Clark* for appellant.

*Phillips W. Moss* for respondent.

GOODE, J.—This appellant was convicted of vagrancy in the court below and brought the case here for review. No bill of exception has been filed, and finding no error in the record proper, the judgment will be affirmed. All concur.